# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**JUDGMENT RENDERED AUGUST 20, 2025**

**NO. 03-25-00146-CR**

**Ex parte Michael Gamez**

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
REVERSED AND REMANDED -- OPINION BY JUSTICE ELLIS**

This is an appeal from the order denying Gamez's pretrial habeas application entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings to set the bond—including all costs associated with conditions of release imposed by the district court—at a total amount that the record shows Gamez can afford to pay. Because Gamez is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2025

## NO. 03-25-00147-CR

## Ex parte Michael Gamez

### APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### REVERSED AND REMANDED -- OPINION BY JUSTICE ELLIS

This is an appeal from the order denying Gamez's pretrial habeas application entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings to set the bond—including all costs associated with conditions of release imposed by the district court—at a total amount that the record shows Gamez can afford to pay. Because Gamez is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 20, 2025

---

### NO. 03-25-00154-CR

---

### Ex parte Michael Gamez

---

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
REVERSED AND REMANDED -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the order denying Gamez's pretrial habeas application entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings to set the bond—including all costs associated with conditions of release imposed by the district court—at a total amount that the record shows Gamez can afford to pay. Because Gamez is indigent and unable to pay costs, no adjudication of costs is made.